IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GENERAL (RET.) FRANK J. SULLIVAN, *et. al*, | : : | 1:16-cv-2546 |
| Plaintiffs, | : : | |
| | : | Hon. John E. Jones III |
| | : | |
| RUSSELL RANKIN, *et. al*, | : : | |
| Defendants. | : : | |

## **ORDER**

### **May 29, 2018**

It has been reported to the court that this action has been settled, **IT IS HEREBY ORDERED THAT** this action is dismissed without costs and without prejudice to the right of either party, upon good cause shown, to reinstate the action within sixty (60) days if the settlement is not consummated.

The pretrial conference, and all attendant deadlines, scheduled for June 1, 2018 is hereby **CANCELLED**.

s/ John E. Jones III
John E. Jones III
United States District Judge